**Trent Baker**

| | |
|---|---|
| **From:** | Alexander Muse <amuse@shopsavvy.com> |
| **Sent:** | Tuesday, September 20, 2011 3:23 PM |
| **To:** | Trent Baker |
| **Subject:** | Re: patent notification and request for communication |
| **Importance:** | High |

Trent,

Forwarding this on to our patent attorney. We developed our price comparison app with scanner back in 2004 and 2005. Our lead architect did the work while in college and it was the subject of his senior thesis. It would seem that our work is prior to yours. We would be happy to enter into a two-way licensing agreement with you if that would help your cause (i.e. press release and such) in licensing your IP to other companies. Let me know if you are interested. In the meantime, as I indicated previously, we will forward your email along.

Regards,
Alexander Muse
214.550.2003

On Sep 20, 2011, at 4:44 PM, Trent Baker wrote:


Dear Shopsavvy:

Please see attached recently issued patent pertaining to barcode scanning with a mobile device for financial purposes.  Also, please forward this email to your legal patent representative.

This email officially notifies your organization of this issued patent.  Please note that under US patent law, infringement of a known patent may result in additional damages.  We are currently negotiating licensing arrangements with multiple organizations.  Upon completion of notifications and licensing, we will initiate legal proceedings against infringing organizations.

Please contact me within ten days to discuss this matter further.

Thank you,
Trent Baker

Trent H. Baker
BAKER & ASSOCIATES PLLC
Registered Patent Attorney
Creative people need creative attorneys™
470 East Ninth Avenue Salt Lake City, UT 84103 USA
Phone 801-533-4095 fax 801-665-1358
trent@bakeriplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit,

disseminate, or otherwise use this information. Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you received. Thank-you.

Baker & Associates PLLC is a certified Salt Lake City e2 business committed to conserving environmental resources.  www.slcgreen.com.  Please consider the environment before printing this email.