**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION**

Trent Baker
Baker & Associates PLLC
470 East 9th Avenue
Salt Lake City, Utah 84103
801-533-4095 direct line
trent@bakeriplaw.com

*Attorney for Plaintiff, EPIC TECHNOLOGY LLC*

| | |
|---|---|
| **EPIC TECHNOLOGY LLC** *Plaintiff,* v. **SHOPSAVVY INC.** *Defendant.* | **PLAINTIFFS REPLY TO THE COUNTERCLAIM OF SHOPSAVVY INC.** Magistrate Judge Samuel Alba Civil Case No. 2:12-cv-00249 |

Plaintiff EPIC TECHNOLOGY LLC ("Epic") replies to correspondingly numbered paragraphs of SHOPSAVVY INC.'s ("Shop") Counterclaim as follows:

## ANSWER TO COUNTERCLAIMS ALLEGATIONS

31. Epic lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.

32. Admit that Epic is a Utah Company at that address.

33. Admit.

34. Admit.

35. Admit.

36. Epic lacks knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.

37. Deny.

38. Epic incorporates herein the responses to paragraphs 31 through 37.

39. Admit.

40. Epic admits an actual controversy exists between Shop and Epic with respect to whether Shop has infringed the '401 patent.   Epic denies the remaining allegations in paragraph 40.

41. The allegations set for in paragraph 41 contain conclusions of law to which no response is required. To the extent which a response is required, Epic denies the allegations.

42. No response is required to this allegation.

43. Any allegations not specifically admitted herein are hereby denied.

### FIRST AFFIRMATIVE DEFENSE

Shop's Counterclaim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Shop's Counterclaim is barred, in whole or in part, by the equitable defenses of estoppel, waiver, laches and/or unclean hands.

### THIRD AFFIRMATIVE DEFENSE

Shop has failed to make reasonable efforts to mitigate its damages, if any.

### PRAYER FOR RELIEF

A. Epic denies that Shop is entitled to any of the relief sought in its prayer for relief.

B. WHEREFORE, Plaintiff prays that Shop's counterclaim be dismissed with prejudice, the Plaintiff be awarded its attorney fees, costs, and expenses in this action, and that the Court grant Plaintiff such other and further relief as the Court may deem just and proper.

## JURY DEMAND

In accordance with Federal Rules of Civil Procedure 38 and 39, Epic asserts its rights under the Seventh Amendment to the United States Constitution and demands a trial by jury on all issues triable by a jury.

DATED: May 31, 2012

          /s/ Trent Baker
          Trent H. Baker, *Attorney for plaintiff*
          BAKER & ASSOCIATES PLLC
          470 East Ninth Avenue Salt Lake City, UT 84103 USA
          Phone 801-533-4095 fax 801-665-1358
          trent@bakeriplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2012, I caused a true and correct copy of the foregoing **PLAINTIFFS REPLY TO THECOUNTERCLAIM OF SHOPSAVVY INC.** to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

C.J. Veverka (#07110)
Rachel Jaques (#13250)
1441 West Ute Boulevard, Suite 100
Park City, UT 84098

William J. Garrison
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204

*Attorneys for Defense*

/s/ Trent Baker
Trent Baker