## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION

William J. Garrison
Bell Nunnally & Martin, LLP
3232 McKinney Avenue, Ste 1400
Dallas, TX 75204
214-740-1483 direct line
billg@bellnunnally.com

*Attorney for Defendant, SHOPSAVVY, INC.*

| | |
|---|---|
| **EPIC TECHNOLOGY LLC** *Plaintiff,* v. **SHOPSAVVY INC.** *Defendant.* | **Notice of Attorney Unavailability** Magistrate Judge David Nuffer Civil Case No. 2:12-cv-00249 |

Counsel for Defendant ShopSavvy, Inc. submits this Notice of Unavailability for the time period of December 7 through 15, 2012 and request that no hearings, depositions or trials be set in this case during this timeframe.

Dated:  September 18, 2012

/s/ William J. Garrison
William J. Garrison, *Attorney for defendant*
BELL NUNNALLY & MARTIN, LLP
3232 McKinney Avenue, Ste 1400
Dallas, TX  75204
P: 214-740-1483 / F: 214-740-1499
E:  billg@bellnunnally.com

## CERTIFICATE OF SERVICE

I hereby certify that on 18th day of September, 2012, I caused a true and correct copy of the foregoing Notice of Attorney Unavailability to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

Trent Baker
Baker & Associates, PLLC
470 East 9th Avenue
Salt Lake City, Utah 84103
*Attorney for Plaintiff*

C.J. Veverka
Rachel Jaques
1441 Wet Ute Boulevard, Ste 100
Park City, UT 84098
*Local Counsel for Defendant*

/s/ William J. Garrison
William J. Garrison, *Attorney for defendant*
BELL NUNNALLY & MARTIN, LLP