UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION

Trent Baker
Baker & Associates PLLC
470 East 9th Avenue
Salt Lake City, Utah 84103
801-533-4095 direct line
trent@bakeriplaw.com

*Attorney for Plaintiff, EPIC TECHNOLOGY LLC*

| **EPIC TECHNOLOGY LLC** | |
|---|---|
| *Plaintiff,* | **STIPULATION AND JOINT MOTION TO STAY PROCEEDING PENDING REEXAMINATION BY THE UNITED STATES PATENT OFFICE** |
| v. | |
| **SHOPSAVVY INC.** | Magistrate Judge David Nuffer |
| *Defendant.* | Civil Case No. 2:12-cv-00249 |

Plaintiff EPIC TECHNOLOGY LLC ("Epic") and Defendant SHOPSAVVY INC.'s ("Shop") by and through their respective counsel of record hereby stipulate to and jointly move the Court for an order staying these proceedings pending reexamination of U.S. Patent No. 7,917,401 (The "'401 Patent"). Reexamination of all claims of the '401 Patent was requested on 06/20/2012 and was assigned control number 95/002,026.

DATED: October 19, 2012

_/s/ Trent Baker_____        date: 10/19/12
Trent H. Baker, *Attorney for plaintiff*
BAKER & ASSOCIATES PLLC

_/s/ William J. Garrison___   date: 10/19/12
William J. Garrison, *Attorney for defendant*
BELL NUNNALLY & MARTIN

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2012, I caused a true and correct copy of the foregoing **STIPULATION AND JOINT MOTION TO STAY PROCEEDING PENDING REEXAMINATION BY THE UNITED STATES PATENT OFFICE** to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

C.J. Veverka (#07110)
Rachel Jaques (#13250)
1441 West Ute Boulevard, Suite 100
Park City, UT 84098

William J. Garrison
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
*Attorneys for Defense*

                                                /s/ Trent Baker
                                                Trent Baker