UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION

Trent Baker
Baker & Associates PLLC
470 East 9th Avenue
Salt Lake City, Utah 84103
801-533-4095 direct line
trent@bakeriplaw.com

*Attorney for Plaintiff, EPIC TECHNOLOGY LLC*

| **EPIC TECHNOLOGY LLC** | |
|---|---|
| *Plaintiff,* | **MOTION TO DISMISS PROCEEDING AS A RESULT OF THE REEXAMINATION BY THE UNITED STATES PATENT OFFICE** |
| v. | |
| **SHOPSAVVY INC.** | Magistrate Judge David Nuffer |
| *Defendant.* | Civil Case No. 2:12-cv-00249 |

Plaintiff EPIC TECHNOLOGY LLC ("Epic") and Defendant SHOPSAVVY INC.'s ("Shop") by and through their respective counsel of record hereby jointly move the Court for an order dismissing these proceedings as a result of the reexamination of U.S. Patent No. 7,917,401 (The "'401 Patent"). The reexamination of the '401 Patent was conducted by The U.S. Patent Office under control number 95/002,026 and resulted in a reexamination certificate cancelling of all claims on January 9, 2014.

DATED: February 21, 2014

 /s/ Trent Baker              date: 01/28/14
Trent H. Baker, *Attorney for plaintiff*
BAKER & ASSOCIATES PLLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2014, I caused a true and correct copy of the foregoing **JOINT MOTION TO DISMISS PROCEEDING AS A RESULT OF THE REEXAMINATION BY THE UNITED STATES PATENT OFFICE** to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

C.J. Veverka (#07110)
Rachel Jaques (#13250)
1441 West Ute Boulevard, Suite 100
Park City, UT 84098

William J. Garrison
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
*Attorneys for Defense*

/s/ Trent Baker
Trent Baker